UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

---------------------------------------------------
GOODWIN UNIVERSITY, INC.       :   CIVIL ACTION NO.
                               :   3:22-cv-01049-KAD
        Plaintiff,             :
                               :
V.                             :
                               :
DANIEL WILLIAMSON,             :
                               :   NOVEMBER 23, 2022
        Defendant.             :
---------------------------------------------------

## STIPULATION OF DISMISSAL WITH PREJUDICE

Pursuant to Rule 41(a)(1)(A)(ii) of the Federal Rules of Civil Procedure, plaintiff Goodwin University, Inc. and defendant Daniel Williamson hereby stipulate that all the claims in this action and that this entire action should be dismissed **with prejudice** and without costs or attorney's fees.

| PLAINTIFF, | DEFENDANT, |
| GOODWIN UNIVERSITY, INC. | DANIEL WILLIAMSON |

By:/s/ Richard S. Order
    Richard S. Order, Esq. (ct02761)
    Robert M. DeCrescenzo, Esq. (ct03469)
    UPDIKE, KELLY & SPELLACY, P.C.
    225 Asylum Street, 20th Floor
    Hartford, CT 06103
    Phone: (860)548-200 Fax (860)548-2680
    Email: rorder@uks.com
    Email: rdecrescenzo@uks.com

By:/s/ Gerald C. Pia, Jr.
    Brian C. Roche (ct17975)
    Gerald C. Pia, Jr. (ct21296)
    ROCHE PIA, LLC
    Two Corporate Drive, Suite 248
    Shelton, CT 06484
    Phone (203)944-0235 Fax (203)567-8033
    Email: broche@rochepia.com
    Email: gpia@rochepia.com

3778477